UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE MACKEN,<br><br>      Plaintiff,<br><br> vs.<br><br>SPOKANE COUNTY, et al.,<br><br>      Defendants. | NO:  CV-11-400-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING CLASS CERTIFICATION |

  Magistrate Judge Hutton filed a Report and Recommendation on November 17, 2011, recommending Mr. Macken's request for class certification be denied. There being no objections, the court **ADOPTS** the Report and Recommendation.

  **IT IS ORDERED** the request to certify a plaintiff class is **DENIED.**

  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

  **DATED** this 27th day of January 2012.

             *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
CLASS CERTIFICATION -- 1