# UNITED STATES DISTRICT COURT
### Eastern District of Washington

LAWRENCE E. MACKEN,

                      Plaintiff,

                  v.

SPOKANE COUNTY (MUNICIPAL JAIL), JOHN McGRATH, LIEUTENANT TYLER, SERGEANT PURCELL, AND SCOTT BAUMS,

                      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-400-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for summary judgment is granted and the Complaint is DISMISSED WITH PREJUDICE.

1/16/2013  
*Date*

SEAN F. McAVOY  
*Clerk*  
s/ Pam Howard  
*(By) Deputy Clerk*  
Pam Howard