UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LAWRENCE E. MACKEN,                )   NO.  CV-11-400-JPH
                                   )
            Plaintiff,             )
                                   )   ORDER ON PLAINTIFF'S MOTIONS
       v.                          )   TO ALTER OR AMEND JUDGMENT
                                   )   AND TO EXPEDITE
SPOKANE COUNTY (MUNICIPAL          )
JAIL), JOHN McGRATH,               )
LIEUTENANT TYLER, SERGEANT         )
PURCELL, and SCOTT BAUM,           )
                                   )
                                   )
            Defendants.            )
                                   )
_____)

     BEFORE THE COURT is plaintiff's motion to alter or amend
judgment. ECF No. 95. On January 16, 2013, the Court granted
defendants' motion for summary judgment and dismissed the
complaint with prejudice. ECF No. 93.

     Plaintiff asks the Court to alter or amend its judgment
denying "Plaintiff's Motion to Preclude Defendants' Motion for
Summary Judgment," ECF No. 88, because the pleading was "meant to
be defined and understood as Plaintiff's Response to Defendants'
Motion for Summary Judgment." ECF No. 95 at 2.

1      The Court denied plaintiff's motion to preclude but treated
2  the pleadings as they were intended, that is, as plaintiff's
3  response to defendants' summary judgment motion. *See* ECF No. 93.
4      The Court has considered the motion and reviewed the record.
5  Accordingly,
6      **IT IS ORDERED** that Plaintiff's motion to expedite, **ECF No.
7  96, is GRANTED.** Plaintiff's motion to alter or amend judgment, **ECF
8  No. 95**, is **DENIED** as meritless.
9      DATED this 18th day of January, 2013.
10                                S/ James P. Hutton
11                               JAMES P. HUTTON
12                        UNITED STATES MAGISTRATE JUDGE

Order on Plaintiff's Motion to Alter or Amend Judgment - 2